IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY LEON MEDLEY | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) 1:24-cv-726 |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On December 2, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The record reflects that the Recommendation was served by mail to Petitioner's last known address at Federal Correctional Institute 2, P.O. Box 1500, Butner, North Carolina, but returned as undeliverable and marked "Return to Sender, Attempted – Not Known, and Unable to Forward." (See Doc. 4.) This court has no obligation to locate Petitioner to provide actual notice; instead, it is the duty of a litigant to keep this court informed of a current address. LR 11.1(b). Because Petitioner has not provided the court with an address within 63 days of the date of the last return of mail, the court finds the case should

be dismissed without prejudice for failure to prosecute. See LR 11.1(b).

**IT IS THEREFORE ORDERED** that the Petition, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 11.1(b) for failure to prosecute.

A Judgment dismissing this action will be filed contemporaneously herewith.

This the 11th day of February, 2025.

                                                  /s/ William L. Osteen, Jr.
                                              United States District Judge